UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE LUTZ, | ) | 1:04-cv-05978-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER THAT PLAINTIFF PERSONALLY** |
| | ) | **APPEAR AND SHOW CAUSE WHY THIS** |
| v. | ) | **ACTION SHOULD NOT BE DISMISSED** |
| | ) | **FOR PLAINTIFF'S FAILURE TO** |
| JO ANNE B. BARNHART, | ) | **TIMELY FILE AN OPENING BRIEF** |
| Commissioner of Social | ) | (Doc. 2) |
| Security, | ) | |
| | ) | **HEARING DATE:    7/14/05** |
| Defendant. | ) | **HEARING TIME:    10:00 a.m.** |
| | ) | **COURTROOM:       Four** |
| | ) | **DECLARATION DUE: 7/05/05** |

    Plaintiff is proceeding pro se and seeks judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

    On July 16, 2004, plaintiff filed his complaint (Doc. 1), and the Court served a Scheduling Order (Doc. 2) directing plaintiff to file an Opening Brief within ninety-five (95) days after defendant filed the administrative record.  Defendant filed the administrative record on February 4, 2005 (Doc. 12).  Thus,

1

1 plaintiff's opening brief was due to be filed by May 9, 2005.
2 However, one month has passed and plaintiff has neither filed an
3 opening brief nor sought an extension of time in which to do so.
4    A failure to comply with an order of the Court may result in
5 sanctions, including dismissal, pursuant to the inherent power of
6 the Court or the Federal Rules of Civil Procedure. Fed. R. Civ.
7 P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501
8 U.S. 31, 42-43 (1991).  Plaintiff's failure to timely file an
9 opening brief may result in dismissal of this action.
10    Accordingly, it is HEREBY ORDERED that:
11    1.   This matter is SET for hearing, at which plaintiff MUST
12 PERSONALLY APPEAR, on Thursday, July 14, 2005, at 10:00 a.m. in
13 Courtroom No. 4 before the Honorable Sandra M. Snyder, United
14 States Magistrate Judge, for consideration of dismissal for lack
15 of prosecution and failure to obey a court order; and,
16    2.   If plaintiff has any reasons why this action should not
17 be dismissed, they shall be submitted by a sworn Declaration of
18 facts on or before July 5, 2005, to which a supporting memorandum
19 of law may be appended, to include:
20        (A)  an explanation of the lack of activity in
21 this case; and,
22        (B)  shall list each specific step plaintiff plans
23 to take to prosecute this case, and, particularly, to file and
24 serve an opening brief.
25 ////
26 ///
27 //
28 /

1  Plaintiff is herein advised that failure to comply with
2  and/or respond to this order will result in a recommendation that
3  this action be dismissed.
4  IT IS SO ORDERED.

**Dated:     June 9, 2005**                    /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE