IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE LUTZ,** | CV F 04-5978 AWI SMS |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **JO ANNE B. BARNHART,** | **ORDER DISMISSING ACTION** |
| **Commissioner of Social Security,** | [Doc. 18] |
| Defendant. | |

In this action, Plaintiff sought judicial review of a final decision of Defendant Commissioner of Social Security. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(C)(15).

On July 18, 2005, the Magistrate Judge filed Findings and Recommendations recommending that this action be dismissed for Plaintiff's failure to file an opening brief and respond to court orders. These Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and

Recommendations to be supported by the record and by proper analysis. The court cannot manage its docket if it maintains cases in which a plaintiff fails to file an opening brief and respond to court orders. The public's interest in the expeditious resolution of litigation weighs heavily in favor of dismissal of such cases so that the court's limited resources may be spent on cases in which the litigant is actually proceeding. Public policy favoring disposition of cases on their merits also has little or no weight in actions where the plaintiff lacks enough of an interest to file an opening brief and respond to court orders. The public and the court have no interest in determining the truth or falsity of the allegations that Plaintiff might raise in pleadings if Plaintiff never files an opening brief. The availability of less drastic sanctions has been considered, but given that no opening brief is on file, the court has no effective sanction but to close the case.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 18, 2005 are adopted in full; and

2. This action is DISMISSED without prejudice for Plaintiff's failure to file an opening brief and to comply with the court's orders.

IT IS SO ORDERED.

**Dated:   August 22, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE